# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRIC OFALASKA

| IN THE MATTER OF THE ARREST OF<br><br>**Lon Dean Gillas** | Case No.: 3:20-mj-00397-MMS<br><br> Jul 28 2020 |
|---|---|

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, JOLENE GOEDEN, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND TASK FORCE OFFICER BACKGROUND

1. I make this affidavit in support of an application for an arrest warrant for Lon Dean Gillas (hereinafter "Subject"). An investigation has revealed that there is probable cause to believe that the Subject has committed a violation of 18 U.S.C. § 2251(a), attempted production of child pornography, and 18 U.S.C. § 2422(b), attempted coercion and enticement of a minor.

2. I have been a Special Agent with the FBI since March 2004. Since that time, I have been assigned investigative responsibilities in the areas of crimes against children, human trafficking, violent gangs and criminal enterprise investigations in the FBI Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on child pornography, kidnapping, human trafficking, drug, violent gang, criminal

1

 Jul 28 2020

enterprises, and felon in possession of a weapon investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes and criminal enterprises.

3. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports and on my own investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violation of 18 U.S.C. § 2251(a).

## RELEVANT STATUTES

4. The following statutes are relevant to this affidavit:

   a. 18 U.S.C. § 2251(a) prohibits employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce.

b. 18 U.S.C. § 2422(b), prohibits using the mail or any facility of interstate of foreign commerce, to knowingly persuade, induce, entice, or coerce, any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

## DEFINITIONS

5. Based on my training and experience, I use the following technical terms to convey the following meanings:

   a. *Internet:* The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

   b. *Minor:* The term "minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

   c. *Sexually explicit conduct*: "Sexually explicit conduct" includes the lascivious exhibition of the anus, genitals, or public area of any person. *See* 18 U.S.C. § 2256(2)(A).

   d. *Visual Depictions:* "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

3


Jul 28 2020

## PROBABLE CAUSE

*Background of the Investigation*

6. SA Goeden was contacted by the Lt. Dunford of the Alaska State Troopers regarding a possible sexual exploitation case involving Lon Dean Gillas.

7. Gillas has been a teacher in Stebbins, Alaska for approximately nine years. SA Goeden spoke with Bering Straight School District (BSSD) Superintendent Dr. Robert Bolen, who advised employees of the BSSD are made aware of the rules and policies surrounding BSSD owned computers and accounts. The computers are property of BSSD to include the contents of BSSD computers and accounts. The BSSD Educational Technology Facilitator stated the district has an education based Google package, which includes Google Hangouts.

8. SA Goeden knows Google Hangouts to be a communication service that allows participants to text or chat either one-on-one or in a group.

*Google Hangouts Chats*

9. BSSD provided law enforcement with copies of the Subject's recent Google Hangout chats utilizing his BSSD email and school account.

10. Law enforcement identified a series of Google Hangouts chats between [REDACTED]@wbb.bssd.org and [REDACTED]987@gmail.com (hereinafter "Minor Victim"). The l[REDACTED]@wbb.bssd.org email address is the Subject's BSSD account.

11. The chats began on June 20, 2020, with the Subject telling the Minor Victim that it had been awhile since they had talked.



Jul 28 2020

12. The Subject asked the victim how her mother was doing. He then chatted with the victim about his involvement in the Bondage Discipline Sadism Masochism (BDSM) lifestyle. It was apparent from the chats this had been discussed previously and was a continuation of that conversation. The Subject stated he just "took a new slave last week" and sent a photo of the woman with a leather gag in her mouth to the Minor Victim.

13. The Subject asked the Minor Victim to send a photo of herself and she sent him a fully clothed photo.

14. On this same date, the subject had the below exchange related to the Minor Victim's age:

| | |
|---|---|
| Subject: | How old are you now? |
| Minor Victim: | same age |
| Minor Victim: | 16 |
| Subject: | And still a virgin? |
| Minor Victim: | yes sir |
| Subject: | Are you ready to change that status? |
| Minor Victim: | yes sir |
| Subject: | Do you want to be the school slut next year or just find a Master to control you? |
| Minor Victim: | I don't want to be a slut sir |
| Minor Victim: | I just want to be a slave sir |
| Subject: | That is what I am trying to find out |
| Minor Victim: | ok sir |

SA Goeden knows from her training and experience, a Slave or Submissive in a BDSM relationship will often refer to her Master as "Sir." The Master will also refer to the Slave using degrading terms such as 'hoar" or "slut." He will also direct the Slave to engage in demeaning activity as a way to break her down emotionally, control her, and manipulate her.

5


Jul 28 2020

15. The Subject then questioned the Minor Victim about what it meant to be a slave and asked her about being branded and wearing a collar to which she replied "yes sir."

16. The Subject questioned the Minor Victim about her breast size and if her pubic area is "natural, trimmed, or shaved." He asked if the Minor Victim's mother would let her fly to Alaska

17. Later in the chats on June 20, 2020, the Subject referred to the Minor Victim as a "horny teen."

18. Also, on June 20, 2020, the Subject directed the Minor Victim to insert a hairbrush into her anus and "start fucking yourself in the ass with the handle till you cum." The Subject stated, "do you want to send me a pic of you doing that?" The Minor Victim told him no. The Minor Victim told the Subject the brush hurt and he stated, "It probably will at first" and directed her to continue with the activity.

19. The Minor Victim told the Subject her mother knew she was communicating with the Subject but told her not to provide the Subject with personal information or photos of herself. The Subject replied, "It is kinda hard not be personal in a Master slave situation."

20. Later in the chat on June 20, 2020, the Subject stated, "wish I had a pic of that pussy" referring to the Minor Victim's genitals.

21. The Subject directed the Minor Victim to wear a very short skirt to Walmart so her genitals would show if she bent over. The Subject stated, "Are you

6


Jul 28 2020

going to do this for me or are you just saying yes to keep me happy?" The Minor Victim stated, "I am going to do it sir." Later that same day, the Minor Victim reported she complied with the Subject and exposed her vaginal area to an adult male at Walmart. The conversation continued:

| | |
|---|---|
| Subject: | Are you proud of being a slut? |
| Minor Victim: | no sir |
| Subject: | But you like being a slut, don't you? |
| Minor Victim: | yes sir |

22. The Subject then directed the victim to masturbate and stated:

| | |
|---|---|
| Subject: | How do you feel cumming for a 65 year old man? |
| Minor Victim: | like a slut sir |
| Subject: | You really are pathetic, aren't you? |
| Minor Victim: | yes sir |

23. The Subject then directed the Minor Victim to put clothespins on her nipples and vaginal lips.

24. On June 21, 2020, the SUBJECT asked the Minor Victim which grade she was going into and she responded 11th.

25. In this series of chats, the Minor Victim asked the Subject if she should consider dating while "doing this" with the Subject. The Subject stated:

| | |
|---|---|
| Subject: | You are a slave and a horny slut. |
| Subject: | If you go out on a one on one date the first thing you will be asking for is a spanking and then asking if you can give him a blow job before he fucks you in the ass |
| Subject: | You are not like other teens |
| Minor Victim: | yes sir |
| Subject: | And your pussy belongs to me |
| Minor Victim: | yes sir |

7



Jul 28 2020

26. The Subject again encouraged the Minor Victim to talk to her mother about coming to Alaska. He stated, "Talk to your mom, and have her agree that if you are still working with me that you will be allowed to fly up to Alaska to have hands-on training and to have your cherry popped." The Minor Victim stated her mother didn't like her to talk to her about this. The Subject stated, "Just get her to agree. I will pay for it." The Subject then directed her to put the clothes pins back on her vaginal lips and to penetrate her anus with her fingers.

27. On June 23, 2020, the Subject directed the Minor Victim to invite a boy who was the same age as her over to her house and perform oral sex on him. During this conversation, the Subject direct the Minor Victim to photograph the boy's genitalia. The chat included the following:

| | |
|---|---|
| Subject: | Nothing but tell him that you are going to take a picture of his cock after you suck it. Just of his cock, not him. |
| Minor Victim: | yes sir |

28. The conversation continued a short time later with the Subject directing the Minor Victim to do the following:

| | |
|---|---|
| Subject: | Have him stand and kneel before you. My guess is that his cock is probably already hard |
| Minor Victim: | yes sir |
| Subject: | When he cums, do not spit it up |
| Minor Victim: | yes sir |
| Subject: | make sure to take a pic |
| Minor Victim: | done sir he asks if I want anything in return sir |
| Subject: | Would he like to pay you? |
| Subject: | Does he have a quarter? |
| Minor Victim: | he says I kind of meant like you want me to do anything sir |
| Subject: | Ask him for a quarter |
| Minor Victim: | yes sir |

8

| | |
|---|---|
| Minor Victim: | he is going to his car to get one sir |

29. The Subject continued to ask the Minor Victim about the photograph of the boy's penis. The conversation is as follows:

| | |
|---|---|
| Subject: | Did you take a pic of his cock? |
| Minor Victim: | yes sir |
| Subject: | Let me see it |
| Minor Victim: | I don't know about sending it and sharing it around especially without him knowing sir |
| Subject: | Send it to me |

30. It does not appear from the chat exchange that the Minor Victim sent the image to the Subject.

31. The Subject continued to chat with the Minor Victim. On July 12, 2020, the Minor Victim told the Subject the boy wanted to take her on a date. The Subject stated, "NO, this is professional. But you will go out with him for $20 if it is with him another guy and you get to blow both of them." The Minor Victim stated the boy said he liked her and wanted to be her boyfriend. The Subject responded, "He is a john, not a boyfriend."

32. SA Goeden knows through her training and experience that "john" is a term used to describe the customer in a commercial sex act.

*Interview of Lon Dean Gillas*

33. On July 27, 2020, the Subject was advised of his Miranda Rights. He waived those rights and agreed to talk to law enforcement. The Subject provided the following information:

9



Jul 28 2020

a. The Subject stated he met the Minor Victim's mother on a BDSM fetish website. Through the course of his conversations and chats with the mother, she introduced the Subject to her daughter, the Minor Victim. At which point, the Subject also began communicating with her. The Subject stated the mother and Minor Victim told him the Minor Victim was sixteen years old.

b. The Subject stated he began communicating with the Minor Victim prior to June 20, 2020, which is the first date of Google Hangout chats provided by BSSD. However, he was unable to provide a more specific date/time frame as to when he first began communicating with her.

c. The Subject stated on one occasion, the mother was masturbating and he directed the Minor Victim to watch her masturbate and then instructed her to go in the room and lick her mother's vagina. The Subject stated the Minor Victim complied and her mother became upset.

d. The Subject acknowledged he asked the Minor Victim to send him photos of her genitals but she did not send them.

e. The Subject stated he directed the Minor Victim to engage in sexual activity with another minor female and minor male. The Subject said he told the Minor Victim to make the male pay her a quarter and then referred to her as a "two bit hoar."

f. The Subject stated he instructed the Minor Victim on another occasion to perform oral sex on the boy, take a picture of his penis, and the boy was

10



to pay the Minor Victim fifty cents for the oral sex. The Subject stated he told the Minor Victim this was a business deal, not a date, and she was supposed to make money.

34. Throughout the entire interview, the Subject stated he believed the Minor Victim was sixteen years old.

*Summary of Probable Cause*

35. For the reasons stated herein, I submit that there is probable cause to arrest LON DEAN GILLAS, for violations of 18 U.S.C. § 2251, attempted production of child pornography, and 18 U.S.C. § 2422(b), attempted coercion and enticement of a minor. This probable cause is based on the following:

   a. The evidence shows that the Subject communicated with a Minor Victim and told her on multiple occasions to take a photograph of her genitals or other minor's genitals and send the photos to him.

   b. The Subject admitted to asking the Minor Victim to send images of her genitals. He stated he told her to engage in sexual activity with other minors and send photos of these minors' genitalia to him.

//
//
//
//
//
//



## CONCLUSION

36. For the foregoing reasons, I submit that there is probable cause to believe that LON DEAN GILLAS has committed a violation of 18 U.S.C. § 2251 attempted production of child pornography, and 18 U.S.C. § 2422(b), attempted coercion and enticement of a minor.

JOLENE GOEDEN
Special Agent, FBI
Child Exploitation Task Force

Subscribed electronically and sworn to telephonically this 28th day of July, 2020

MATTHEW M. SCOBLE
United States Magistrate Judge
District of Alaska
Anchorage, Alaska